AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

YONG MI KIM

**WARRANT FOR ARREST**

FILED
DEC 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 656M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___YONG MI KIM___
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Knowingly possessing documents prescribed by statute or regulation for authorized entry and stay in the United States, that is a United States passport and a United States Certificate of Naturalization, knowing the documents to be altered.

in violation of Title 18 United States Code, Section(s) Section 1546

JOHN M. FACCIOLA                    JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE               U.S. MAGISTRATE JUDGE
Name of Issuing Officer              Title of Issuing Officer

[signature]                          DEC 1 2 2005  District of Columbia
Signature of Issuing Officer         Date and Location

Bail fixed at $ _____ by _____
                           Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-12-05 | SEAN MCLEOD   SDUSM | S- 3 M'll |
| DATE OF ARREST 12-22-05 | | |