UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0656M-01 (CR) |
| **YONG M. KIM,** | : | VIOLATION:   18 U.S.C. §1546(a) |
| **Defendant.** | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or Employment |
| | : | in the United States) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

_____On or about November 11, 2005, within the District of Columbia, defendants **YONG M. KIM,** did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay and employment in the United States, that is, a false naturalization card, knowing it to be forged, counterfeited, altered, or falsely made.

**(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States**, in violation of Title 18, United States Code, Section 1546(a))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY:  _____
ALEXANDER SHAWE
Assistant United States Attorney
Bar No. 472-492
Federal Major Crimes Section
555 4th Street, N.W., Room 4239
Washington, D.C. 20530
(202) 514-9519