# United States District Court
# for the District of Columbia

**FILED**

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

**YONG M. KIM**

CASE NUMBER:   **06-039**

I,   **YONG M. KIM**   the above named defendant, who is accused of

**18:1546(a) FRAUD AND MISUSE OF VISAS/PERMITS**

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on **February 23, 2006** prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge John Garrett Penn
United States District Court