IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 05-656m |
| v. | : | |
| YONG KIM, | : | VIOLATION: |
| Defendant. | : | 18 U.S.C. § 1546(a) |
| | : | (Possession of Fraudulent Documents |
| | : | Prescribed for Authorized Stay or |
| | : | Employment in the United States) |

FILED

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FACTUAL PROFFER
IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about November 11, 2005, defendant YONG KIM committed the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a).

On that November 11 date, agents with the Department of State and officers from the Metropolitan Police Department conducted an undercover operation at 521 G Street, NW, in Washington, DC, an address suspected of housing an illegal brothel operation. During this operation, three individuals were arrested. After the arrest, agents with the Department of State effected an identification process during which defendant produced a naturalization certificate that appeared to have been altered. The certificate – numbered 11429815

---

[1] Defendant was arrested not for solicitation of prostitution, but for operating a business without a license.

– appeared to contain a date of birth that was originally May 10, 1955, but had been changed to May 10, 1965. Due to the manner in which it appeared to have been unlawfully changed, the naturalization certificate was delivered to the forensic document laboratory of Immigration and Customs Enforcement where subsequent analysis confirmed that the naturalization certificate in defendant's possession had been illegally altered. Finally, defendant also had in her possession on November 11, 2005 a passport that forensic analysis revealed to have been altered as well. The analysis of defendant's passport demonstrated that it contained a middle name and a date of birth that one had altered or attempted to alter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney, #451058

By: _____
ALEXANDER P. SHAWE, # 472-492
555 4th Street, N.W., 4th<sup>th</sup> Floor
Washington, D.C. 20530
(202) 514-9519

## Defendant's Acceptance of Factual Proffer

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

2/23/06
Date

Ms. Yong Kim

## Defense Counsel's Acknowledgment

I am Yong Kim's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

2/23/06
Date

Mary Petras, Esq.