HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-39-01 |
| --- | --- | --- |
| vs. | : | |
| KIM, Yong | : | Disclosure Date: **April 7, 2006** |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
 (✓)  There are no material/factual inaccuracies therein.
 ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4-12-06
**Prosecuting Attorney**                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
 ( )  There are no material/factual inaccuracies therein.
 ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____    _____  _____
**Defendant**      **Date**    **Defense Counsel**   **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **April 21, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer