PROB 12c
(Rev.03/07)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Yong Kim**                                  Docket No. CR **06-39**

### REQUEST FOR COURSE OF ACTION
(Statement of Alleged Violations of Probation)

COMES NOW **Rodney D. Carter**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Yong Kim**, who was placed on Probation by the Honorable **John Garrett Penn**, United States District Judge, sitting in the Court at Washington, D.C., on the **16th** day of **May**, 20 **06**, who fixed the period of probation at **2** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1.    Pay a special assessment of $100.

2.    Submit to mandatory DNA collection.

3.    Perform 200 hours of community service work.

4.    Permission to travel to Korea not to exceed three weeks.

Yong Kim appeared before the Court for sentencing on May 16, 2006, having previously entered a plea of guilty to one count of Possession Of Fraudulent Documents Prescribed For Authorized Stay Or Employment In The United States, in violation of 18 U.S.C. § 1546(a). Ms. Kim was placed on two years probation. Ms. Kim's probation commenced on May 16, 2006, and is due to expire on May 15, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
### Statement of Alleged Violations of Probation

1.    On May 18, 2007, Ms. Kim was arrested and charged with committing a federal, state, or local crime. (Standard Condition)

2.    Ms. Kim failed to notify the U.S. Probation Office within 72 hours of being arrested on May 18, 2007. (Standard Condition)

3.    Ms. Kim failed to submit a truthful written report to the U.S. Probation Office for the month of May 2007. (Standard Condition)

KIM, Yong
Docket: CR 06-39
Page: 2

Respectfully submitted,

*[signature]*

Rodney D. Carter
United States Probation Officer
Telephone: (202) 565-1363

APPROVED BY: *[signature]*

Anthony K. Hill, Supervising
United States Probation Officer
(202) 565-1417

KIM, Yong
Docket: CR 06-39
Page: 3

Per 18 U.S.C. § 3583(a), should the Court impose a term of imprisonment for a felony or misdemeanor, it may include a period of supervised release after imprisonment. Per 18 U.S.C. § 3583(b)(1), this period of supervised release cannot exceed three years for a Class C felony.

Per U.S.S.G. § 7B1.3(g)(1), where probation is revoked and a term of imprisonment is imposed, the provisions of U.S.S.G. §§ 5D1.1-1.3 shall apply to the term of supervised release. Pursuant to U.S.S.G. § 5D1.1, the Court may order a term of supervised release to follow any case. Pursuant to U.S.S.G. § 5D1.2, if a term of supervised release is ordered, the length of term shall be at least two years but no more than three years for a defendant convicted of a Class C felony.

**RECOMMENDATION:** A hearing on violation of probation with voluntary appearance of Ms. Kim after July 20, 2007. Should Your Honor concur, please sign the attached Probation Form 12 petition.

Attachment: Probation Form 12

_____
John Garrett Penn
United States District Judge

June 13, 2007
Date

Notice of Delivery to Parties:

| | | |
|---|---|---|
| Alexander Shawe, Esq. | Mary Petras, Esq. | Yong Kim |
| Criminal Division | 625 Indiana Ave, N.W. | |
| U.S. Attorney's Office | Suite #550 | |
| 555 4th Street, NW | Washington, D.C. 20020 | |
| Washington, D.C. 20036 | | |