UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Yong Kim</u>

Docket No.: <u>CR 06-39</u>

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of probation with voluntary appearance of <u>Yong Kim</u> on _to be set_.   TBD

### ORDER OF COURT

Considered and ordered this 13th day of June, 2007.

_____
John Garrett Penn
United States District Judge