UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | |
| v.                             ) | Criminal No. 06-39 (JGP) |
| )  | |
| YONG KIM,                      ) | |
| )  | |
| Defendant.                ) | |

**FILED**

AUG 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

In view of the fact that defendant is scheduled to appear in the Prince William County, Virginia, General District Court for trial on October 5, 2007, and because the outcome of that trial will impact her hearing on violation before this Court, it is hereby

**ORDERED** that a hearing on violation shall be held on **October 15, 2007 at 10:00 A.M.** in Courtroom _15_.

Date: August 3, 2007

_____
United States District Judge
for Judge John Penn