UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-0039 (TFH)** |
| | : | |
| v. | : | |
| | : | |
| **YONG KIM,** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Assistant United States Attorney Alexander Shawe as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        _____/s/_____
        ANGELA G. SCHMIDT
        Assistant United States Attorney
        Texas Bar No. 17764980
        555 4th Street, NW, 4th Floor
        Washington, DC 20530
        (202) 514-7273