UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 11 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-0039 (TFH) |
| ) | |
| YONG M. KIM, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated from the bench during the hearing held on November 28, 2007, the Court

**ORDERS** Kim's probation modified as follows: Kim shall serve 30 days in a Bureau of Prisons Sanction Center as directed by the United States Probation Office.

**SO ORDERED**.

December  11 , 2007

_____, U.S.D.J.
Thomas F. Hogan
Chief Judge